IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| GALE ACREMAN WHITLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-0315-TMH |
| ) | WO |
| WARDEN FRANK ALBRIGHT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #26) to the Recommendation of the Magistrate Judge filed on July 29, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #25) filed on July 23, 2010 is adopted;

3. The plaintiff's July 20 & 22, 2010 pleadings, considered to be motions for a preliminary injunction (Doc. #23 & #24) are DENIED.

4. This case is referred back to the Magistrate Judge for further proceedings.

DONE this the 21st day of September, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE