IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GALE ACREMAN WHITLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:10-CV-315-TMH |
| | ) |
| WARDEN FRANK ALBRIGHT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #46) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #46) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for lack of jurisdiction.

A separate judgment shall issue.

Done this 7th day of June, 2012.

/s/ Truman M. Hobbs

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE